

# THE STATE OF TEXAS
## MANDATE

TO THE 71ST DISTRICT COURT OF HARRISON COUNTY, GREETINGS:

 Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 3rd day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Damion Dewayne Williams, Appellant | No. 06-14-00219-CR |
| v. | Trial Court No. 12-0340X |
| The State of Texas, Appellee | |

 As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

 We further order that the appellee, The State of Texas, pay all costs of this appeal.

 WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

 WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 2nd day of November, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*